ECF CASE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

ECHOSTAR TECHNOLOGIES
CORPORATION,
        Plaintiff,

-against-

LELL PERSAUD,

        Defendant.

------------------------------------------------------------

**NOTICE OF DISMISSAL**
Civil Action No.CV-05-826
(ARR/VVP)
Hon. Allyne R. Ross

    **PLAINTIFF, KINGVISION PAY-PER-VIEW, LTD**, hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: May 17, 2005
       Ellenville, New York

KINGVISION PAY-PER-VIEW, LTD

By: /s/ Julie Cohen Lonstein
    JULIE COHEN LONSTEIN, ESQ.
    Attorney for Plaintiff
    LONSTEIN LAW OFFICE, P.C.
    Office and P.O. Address
    1 Terrace Hill : P.O. Box 351
    Ellenville, NY 12428
    Telephone: (845) 647-8500
    Facsimile: (845) 647-6277
    *Our File No. ECT-17-E01*

SO ORDERED this ___ day of May 2005

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The foregoing document was duly served via regular mail on this 17th day of May, 2005, upon the following:

Lell Persaud
10130 110th Street
South Richmond Hill, NY 11419

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein